United States District Court
Southern District of Texas
**ENTERED**
February 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CRISTINA REYNA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-121 |
| | § | |
| IDEA PUBLIC SCHOOLS, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

In accordance with the Court's Order Granting Defendant's Motion to Dismiss, the Court hereby **ORDERS** that judgment is entered in favor of IDEA Public Schools, and all claims by Plaintiff Cristina Reyna in this action are **DISMISSED**.

The Court further **ORDERS** that all costs of court are taxed against Plaintiff. *See* FED. R. CIV. P. 54(d)(1).

SO ORDERED this 24th day of February, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge